Castillo Stephens LLP
305 Broadway, Suite 1200
New York, NY 10007
Tel: 212-385-1400
Attorneys for Plaintiff

March 15, 2018

Hon. Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Webber v. Domino's Pizza LLC, 1:17-cv-06272(RJD)(RLM)
    Objection to Report and Recommendation

Your Honor:

We represent Ms. Webber, Plaintiff herein. After the filing of the complaint we became aware of the existence of a binding Arbitration Agreement between the parties. Counsel for Defendant has forwarded a copy of the agreement to us. We have an agreement in principal to dismiss the instant action without prejudice to the filing of claim in arbitration. As such, Plaintiff is not opposed to the dismissal of the instant action with the understanding that the dismissal will not be deemed an adjudication on the merits and will not operate as a bar to the prosecution of the underlying claim in arbitration. Counsel prays the Court will excuse any tardiness in this response. The undersigned is the father of a small infant and is routinely sleep-deprived and neglected to calendar the deadline for the response to the Court's prior order regarding service.

Sincerely,

_____
Francisco Castillo, Esq.